FRANK P. ANDREWS, Appellee, v. JAMES MURRAY, Appellant.

Appeal: AFFIRMANCE.

*Appeal from Woodbury District Court.*—HON. C. H. LEWIS, Judge

TUESDAY, MAY 24, 1892.

*Davis, Gantt & Keatley,* for appellant.

*George Stickney,* for appellee.

GIVEN, J.—The questions involved in this appeal are identical with those consided in the first paragraph of the opinion in the case of *Wood v. Murray, ante,* page 505. For the reasons given in that opinion the judgment of the district court herein is AFFIRMED.